UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) 3:09-md-02100-DRH-PMF<br>) MDL No. 2100 |

This Document Relates To:

Brandi Adams v. Bayer Corp., et al. No. 3:10-cv-10225-DRH-PMF
Brittany Craig v. Bayer Corp., et al. No. 3:10-cv-11347-DRH-PMF
Candace E. Cowley v. Bayer Corp., et al. No. 3:10-cv-10416-DRH-PMF
Carletha Phifer v. Bayer Corp., et al. No. 3:10-cv-11325-DRH-PMF
Carmen Head v. Bayer Corp., et al. No. 3:10-cv-11382-DRH-PMF
Disheeka Barrett v. Bayer Corp., et al. No. 3:10-cv-11867-DRH-PMF
Donna Bacon v. Bayer Corp., et al. No. 3:10-cv-11723-DRH-PMF
Grace Anne Rahner v. Bayer Corp., et al. No. 3:10-cv-11331-DRH-PMF
Isabel Melendez v. Bayer Corp., et al. No. 3:10-cv-10676-DRH-PMF
Kecia Calvert v. Bayer Corp., et al. No. 3:10-cv-10248-DRH-PMF
Lucille Reed v. Bayer Corp., et al. No. 3:10-cv-12047-DRH-PMF
Meredith Schleicher v. Bayer Corp., et al. No. 3:10-cv-10192-DRH-PMF
Onica Anderson v. Bayer Corp., et al. No. 3:10-cv-11370-DRH-PMF
Regina Doherty v. Bayer Corp., et al. No. 3:10-cv-11436-DRH-PMF
Sarah Hesselton v. Bayer Corp., et al. No. 3:10-cv-11921-DRH-PMF
Soundra Pollocks v. Bayer Corp., et al. No. 3:10-cv-12053-DRH-PMF
Stephanie Sinon v. Bayer Corp., et al. No. 3:10-cv-10171-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed by the parties on December 28, 2010, plaintiffs' complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sandy Pannier*
           **Deputy Clerk**

David R. Herndon
2010.12.29
16:41:44 -06'00'

APPROVED:
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**